# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0467.  BRANDON COKER v. THE STATE.**

Brandon Coker filed a motion to withdraw his guilty plea, which the trial court denied as untimely.  Coker then filed this application for discretionary appeal.

An order denying an out-of-time motion to withdraw a guilty plea is directly appealable.  *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008).  This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, Coker's application is GRANTED.  He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so.  See OCGA § 5-6-35 (g).  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*